**8/26/2015**                                          **COA No. 01-13-00975-CR**
**SERRANO, ANDREW J.      Tr. Ct. No. 1842255**       **PD-0473-15**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

1ST COURT OF APPEALS  CLERK
CHRISTOPHER A. PRINE
301 FANNIN
HOUSTON, TX  77002-7006
* DELIVERED VIA E-MAIL *